## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey M. Dolmajer  
       Nicole S. Dolmajer aka Nicole Jonczak-Dolmajer  
           Debtor(s)

CHAPTER 13

BKY. NO. 21-21941 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich  
Maria Miksich  
24 Sep 2021, 12:53:00, EDT

Brian C. Nicholas, Esq. (317240) ☐  
Maria D. Miksich, Esq. (319383) ☑  
Rebecca A. Solarz, Esq. (315936) ☐  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com