**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−21941−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffrey M. Dolmajer<br>1222 Davis Street<br>Natrona Heights, PA 15065 | Nicole S. Dolmajer<br>aka Nicole Jonczak−Dolmajer<br>1222 Davis Street<br>Natrona Heights, PA 15065 |

Social Security No.:
  xxx−xx−5703                                           xxx−xx−3499

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Mark B. Peduto<br>Calaiaro Valencik<br>938 Penn Avenue<br>Suite 501<br>Pittsburgh, PA 15222<br>Telephone number: 412−232−0930 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 8, 2021<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>November 8, 2021<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/13/21

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21941-TPA |
| Jeffrey M. Dolmajer | Chapter 13 |
| Nicole S. Dolmajer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: rsc13 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608 |
| cr | + | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15407495 | + | AV Medical Imaging, c/o Radiology Bill, P.O. Box 786, Richmond, IN 47375-0786 |
| 15407491 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15407497 | + | CIS Financial Services, c/o Abigail Brunner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 15407496 | + | Childrens Community Pediatrics, c/o Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15407499 | + | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15422178 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15407501 | + | Harrison Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407502 | + | Highlands School District, c/o Keystone Collections, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407508 | + | Pam Yaconis, 911 Jefferson Avenue, Natrona Heights, PA 15065-2415 |
| 15407511 | + | Pendrick Capital Partners/Peritus, Portfolio, P.O. Box 141419, Irving, TX 75014-1419 |
| 15407512 | + | Penn State Hershey Medical Center, c/o Bureau of Account Management, 3607 Rosemont Ave., Camp Hill, PA 17011-6943 |
| 15410289 | + | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Bldg., 14th Floor, 437 Grant Stree, Pittsburgh, PA 15219-6002 |
| 15407513 | + | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15407516 | + | Radiology Bill, P.O. Box 786, Richmond, IN 47375-0786 |
| 15407517 | + | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 15411242 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15407518 | + | The Money Source Inc., Attn: Customer Service, 500 South Broad, Suite 100A, Meriden, CT 06450-6755 |
| 15409288 | + | Township of Harrison, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407520 | + | US Acute Care, c/o AHN Emergency Group of Forbes, P.O. Box 14000, Belfast, ME 04915-4033 |
| 15407519 | + | Upper Allegheny Joint Sanitary Authority, P.O. Box 431, Tarentum, PA 15084-0431 |
| 15407521 | + | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 15407522 | + | Waste Management Company, 1001 Fannin Street, Attn: Bankruptcy, Houston, TX 77002-6717 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 13 2021 23:34:05 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:34:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15407494 | + | Email/Text: g20956@att.com | Oct 13 2021 23:17:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |

Case 21-21941-TPA    Doc 29    Filed 10/15/21    Entered 10/16/21 00:33:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: rsc13 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15407492 | + | Email/Text: amieg@stcol.com | Oct 13 2021 23:16:00 | Allegheny Valley Hospital, c/o State Collections Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 15407493 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 23:16:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15407498 | + | Email/Text: documentfiling@lciinc.com | Oct 13 2021 23:16:00 | Comcast, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15407500 | + | Email/Text: info@phoenixfinancialsvcs.com | Oct 13 2021 23:16:00 | EMP of Alle Kiski, c/o Phoenix Financial Services, P.O. Box 361450, Indianapolis, IN 46236-1450 |
| 15407503 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 23:34:11 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15410890 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 23:34:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15407504 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 13 2021 23:17:00 | Music Arts Center, c/o Transworld Systems, P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15410047 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 23:34:06 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15407505 | + | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 23:34:15 | Navient CFC, c/o Navient Solutions, LLC, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15407506 | + | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 23:34:11 | Navient Solutions, Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15409179 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 23:34:06 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15407507 | + | Email/Text: bankruptcies@orangelake.com | Oct 13 2021 23:16:00 | Orange Lake Resorts, 8505 Irlo Bronson, Memorial Highway, Kissimmee, FL 34747-8217 |
| 15407510 | | Email/Text: perituspendrick@peritusservices.com | Oct 13 2021 23:16:00 | Pendrick Capital Partners II/, Peritus Portfolio, P.O. Box 141419, Irving, TX 75014 |
| 15407514 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:34:06 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15407509 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:34:09 | PayPal, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15407515 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2021 23:16:00 | Quantum3 Group as agent for CF Medical, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15407778 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:34:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15407523 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 13 2021 23:16:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 21-21941-TPA    Doc 29    Filed 10/15/21    Entered 10/16/21 00:33:18    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 3 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: rsc13 | Total Noticed: 47 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Jeffrey M. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Nicole S. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6