IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jeffrey M. and Nicole S. Dolmajer            : Bankruptcy Case No. 21-21941-TPA
    *Debtor(s)*                              : Chapter 13

# PLAN CONFIRMATION ORDER

**AND NOW,** this **10th day of November, 2021, it is hereby ORDERED, ADJUDGED, and DECREED,** with the consent of all the Parties in attendance, as follows:

**A**   The Chapter 13 Plan dated **November 8, 2021**, except as modified herein as numbered, below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court.

1. Confirmation of this Plan pursuant to this Order is without prejudice to reconsideration following a status conference held by the Chapter 13 Trustee to gauge the progress of Plan implementation, which **Status Conference** is scheduled for **April 5, 2022 at 1:30 p.m.** remotely by the Trustee via Zoom, how to participate: go to www.ch13pitt.com, meetings@chapter13trusteewdpa.com, (which may, upon agreement of the Parties, be continued from time to time *provided however* that following the 3rd continuance, the matter shall be set for hearing before the Court), following which time the Plan may be modified to the satisfaction of all Parties after notice and hearing before the Court, or the status conference may be marked closed by the Chapter 13 Trustee. (A1)

2. Issues concerning whether the Plan's §1325(b) estimated amount available for distribution to general Unsecured Creditors, good faith, and §1325(a)(4) amount is sufficient are preserved for the Status Conference to be scheduled. In the event the Parties are unable to amicably resolve any dispute over the treatment of Unsecured Creditors in the Plan, the matter will be deemed contested and presented to the Court for resolution. (E50)

**B**   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED**:

3. **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

4. **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

5. **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

6. **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

Revised 7/26/2021

5. Filing Amended Plans. Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

C    IT IS FURTHER ORDERED THAT:

1. Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

2. Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

3. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

4. Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

5. Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

6. Debtor(s) shall file an Amended Schedule I and/or J in the event of:

   (a) Household income increases by 10% or more over most the recently filed Schedule I, because of new employment, promotion, or otherwise.

   (a) A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or a 10% or more reduction of any line item expense on Schedule J.

   (b) Any indicated increase in disposable income as a result of an increase in income or decrease in payroll withholding or Schedule J expense (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation, decrease in expense, or increase in household income.

7. Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

8. Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

9. The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

10. In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Revised 7/26/2021

11. Any prior Confirmation Order entered in this matter is *VACATED*.

Thomas P. Agresti
United States Bankruptcy Judge

nms

cc: All Parties in interest to be served by Clerk in seven (7) days

Revised 7/26/2021

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21941-TPA |
| Jeffrey M. Dolmajer | Chapter 13 |
| Nicole S. Dolmajer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608 |
| cr | + | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15407495 | + | AV Medical Imaging, c/o Radiology Bill, P.O. Box 786, Richmond, IN 47375-0786 |
| 15407491 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15407497 | + | CIS Financial Services, c/o Abigail Brunner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 15407496 | + | Childrens Community Pediatrics, c/o Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15407499 | + | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15422178 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15407501 | + | Harrison Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407502 | + | Highlands School District, c/o Keystone Collections, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407508 | + | Pam Yaconis, 911 Jefferson Avenue, Natrona Heights, PA 15065-2415 |
| 15407511 | + | Pendrick Capital Partners/Peritus, Portfolio, P.O. Box 141419, Irving, TX 75014-1419 |
| 15407512 | + | Penn State Hershey Medical Center, c/o Bureau of Account Management, 3607 Rosemont Ave., Camp Hill, PA 17011-6943 |
| 15410289 | + | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Bldg., 14th Floor, 437 Grant Stree, Pittsburgh, PA 15219-6002 |
| 15407513 | + | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15407516 | + | Radiology Bill, P.O. Box 786, Richmond, IN 47375-0786 |
| 15407517 | + | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 15411242 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15426461 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 15407518 | + | The Money Source Inc., Attn: Customer Service, 500 South Broad, Suite 100A, Meriden, CT 06450-6755 |
| 15409288 | + | Township of Harrison, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15426493 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15407520 | + | US Acute Care, c/o AHN Emergency Group of Forbes, P.O. Box 14000, Belfast, ME 04915-4033 |
| 15407519 | + | Upper Allegheny Joint Sanitary Authority, P.O. Box 431, Tarentum, PA 15084-0431 |
| 15407521 | + | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 15407522 | + | Waste Management Company, 1001 Fannin Street, Attn: Bankruptcy, Houston, TX 77002-6717 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 10 2021 23:51:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15407494 | + | Email/Text: g20956@att.com | Nov 10 2021 23:40:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 15407492 | + | Email/Text: amieg@stcol.com | Nov 10 2021 23:39:00 | Allegheny Valley Hospital, c/o State Collections Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 15407493 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 10 2021 23:39:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15422997 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2021 23:51:38 | Ally Financial c/o AIS Portfolio Services, LP, |

Case 21-21941-TPA   Doc 39   Filed 11/12/21   Entered 11/13/21 00:29:20   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15407498 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2021 23:39:00 | Comcast, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15407500 | + | Email/Text: info@phoenixfinancialsvcs.com | Nov 10 2021 23:39:00 | EMP of Alle Kiski, c/o Phoenix Financial Services, P.O. Box 361450, Indianapolis, IN 46236-1450 |
| 15407503 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 23:51:27 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15410890 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 23:51:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15407504 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 10 2021 23:40:00 | Music Arts Center, c/o Transworld Systems, P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15410047 | | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 23:51:32 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15407505 | + | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 23:51:32 | Navient CFC, c/o Navient Solutions, LLC, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15407506 | + | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 23:51:38 | Navient Solutions, Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15409179 | | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 23:51:31 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15407507 | + | Email/Text: bankruptcies@orangelake.com | Nov 10 2021 23:39:00 | Orange Lake Resorts, 8505 Irio Bronson, Memorial Highway, Kissimmee, FL 34747-8217 |
| 15407510 | | Email/Text: perituspendrick@peritusservices.com | Nov 10 2021 23:40:00 | Pendrick Capital Partners II/, Peritus Portfolio, P.O. Box 141419, Irving, TX 75014 |
| 15407514 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 23:51:26 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15407509 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:30 | PayPal, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15407515 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 23:40:00 | Quantum3 Group as agent for CF Medical, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15407517 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2021 23:40:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 15411242 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2021 23:40:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15407778 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 23:51:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15407523 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 10 2021 23:40:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source Inc. |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15429713 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021             Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Jeffrey M. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Nicole S. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6