**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 21-21941-TPA |
| Jeffrey M. Dolmajer | ) |
| Nicole S. Dolmajer | ) Chapter 13 |
| Debtors, | ) |
| Jeffrey M. Dolmajer | ) |
| Nicole S. Dolmajer | ) Related Document No. 48 |
| | ) |
| Movants, | ) Hearing Date: 02/09/22 @ 10:30 am |
| vs. | ) |
| | ) Response Due: 01/18/22 |
| | ) |
| The Money Source, Inc., | ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE OF ORDER DATED December 14, 2021**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 15, 2021.

**First Class Mail**
Jeffrey & Nicole Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065

**NEF**
Maria Miksich on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour , cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** December 15, 2021

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire, PA I.D. #62923**
**mpeduto@c-vlaw.com**

**CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**