Form 312

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffrey M. Dolmajer** | : | Case No. 21−21941−TPA |
| **Nicole S. Dolmajer** | : | Chapter: 13 |
| **aka Nicole Jonczak−Dolmajer** | : | |
| *Debtor(s)* | : | |
| | : | |
| Jeffrey M. Dolmajer | : | Related to Document No. 47 Related to |
| Nicole S. Dolmajer | : | Claim No. 11 |
| aka Nicole Jonczak−Dolmajer | : | |
| *Movant(s),* | : | Hearing Date: 2/9/22 at 10:30 AM |
| | : | |
| v. | : | |
| The Money Source, Inc. | : | |
| *Respondent(s).* | | |

## ORDER

*AND NOW,* this ***The 14th of December, 2021,*** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 47 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 11,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    ***On or before , January 18, 2022, The Money Source, Inc.*** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

(a) A complete and accurate loan payment history since the date of the last payment change;
(b) A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and,
(c) A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.*

(2)    A hearing on the *Objection* is scheduled for ***February 9, 2022*** at ***10:30 AM*** in https://www.zoomgov.com/j/16021303488. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3)    ***If on or before January 25, 2022,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing may be cancelled and the *Consent Order* considered.

continued on reverse side or next page

       (4)    If *on or before January 27, 2022,* no *Response* is filed to the *Objection*, the Debtor(s) shall file a **Certificate of No Objection**. If a *Certificate of No Objection* is timely filed, the above−scheduled hearing will be cancelled and the Court will consider the matter.

       (5)    Movant(s) shall *immediately* serve this *Order* on any affected Party(ies) and file a **Certificate of Service** with the Clerk within five (5) days of this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Counsel for the Movant(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21941-TPA |
| Jeffrey M. Dolmajer | Chapter 13 |
| Nicole S. Dolmajer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Dec 14, 2021 | Form ID: 312 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 16, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Jeffrey M. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Nicole S. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2    User: nsha    Page 2 of 2
Date Rcvd: Dec 14, 2021    Form ID: 312    Total Noticed: 0
TOTAL: 6