IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JEFFREY M. DOLMAJER and,<br>NICOLE S. DOLMAJER,<br><br>      Debtors<br><br>THE MONEY SOURCE, INC.,<br><br>      Respondent<br>  v.<br><br>JEFFREY M. DOLMAJER,<br>NICOLE S. DOLMAJER, and<br>RONDA J. WINNECOUR, Chapter 13<br>Trustee,<br>      Respondents | Bankruptcy No. 21-21941-TPA<br><br>Chapter 13<br><br>Related to Doc No. 47 |

**SETTLEMENT AND CERTIFICATION OF STIPULATED STIPULATED ORDER
RESOLVING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

      The undersigned hereby certifies that agreement has been reached with the respondents regarding an Order to resolve the Objection to the Notice of Mortgage Payment Change. (State "None" if no prior Motion of Application).

The signature requirements of ECF Procedure #8 have been followed in obtaining the agreement of all parties and reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to the Certificate of Counsel Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☒ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order

Dated: January 11, 2022                             BERNSTEIN AND BURKLEY, P.C.

                                              By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for The Money Source, Inc.*