Case 21-21941-TPA    Doc 53    Filed 01/12/22    Entered 01/12/22 16:00:41    Desc Main
Document    Page 1 of 2

FILED
1/12/22 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JEFFREY M. DOLMAJER and,<br>NICOLE S. DOLMAJER,<br><br>Debtors<br><br>THE MONEY SOURCE, INC.,<br><br>Respondent<br>v.<br><br>JEFFREY M. DOLMAJER,<br>NICOLE S. DOLMAJER, and<br>RONDA J. WINNECOUR, Chapter 13 Trustee,<br><br>Respondents | Bankruptcy No. 21-21941-TPA<br><br>Chapter 13<br><br>Related to Doc No. 47 |

## STIPULATED ORDER RESOLVING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

NOW this __12th__ day of __January__, 2022, in said District, upon agreement of the parties:

In an effort to resolve the pending Objection to Notice of Mortgage Payment Change ("Objection") at Document No. 47, the parties agree to stipulate to the entry of the below.

IT IS ORDERED, ADJUDGED AND DECREED that said Objection is hereby sustained. The Notice of Mortgage Payment Change ("NOMPC") filed by The Money Source, Inc. for Claim No. 11 on December 7, 2021 shall hereby stand. Additionally, the change in payment pursuant to the NOMPC shall be held in abeyance until the outcome of the pending loss mitigation under the Loss Mitigation Order at Doc No. 40. If the loss mitigation is not successful, the Debtors shall file an amended plan within thirty (30) days of the termination of loss mitigation providing for the new payment under the filed NOMPC. Said payment amount shall be retroactive to the filed change date of January 1, 2022.

_____
Honorable Thomas P. Agresti
U.S. Bankruptcy Court Judge

nms

| | |
|---|---|
| /s/ Keri P. Ebeck | /s/ Mark B. Peduto |
| Attorney for The Money Store | Attorney for Debtors |
| Keri P. Ebeck, Esquire | Mark B. Peduto, Esquire |
| PA I.D. #91298 | PA I.D. # 62923 |
| Bernstein-Burkley, P.C. | Calaiaro Valencik |
| 601 Grant Street, 9th Floor | 938 Penn Avenue, Suite 501 |
| Pittsburgh, PA  15219 | Pittsburgh, PA 15222 |
| 412-456-8112 | 412-232-0930 |
| kebeck@bernsteinlaw.com | mpeduto@c-vlaw.com |