FILED
1/12/22 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JEFFREY M. DOLMAJER and,<br>NICOLE S. DOLMAJER,<br><br>　　　　Debtors<br><br>THE MONEY SOURCE, INC.,<br><br>　　　　Respondent<br>　　v.<br><br>JEFFREY M. DOLMAJER,<br>NICOLE S. DOLMAJER, and<br>RONDA J. WINNECOUR, Chapter 13<br>Trustee,<br>　　　　Respondents | Bankruptcy No. 21-21941-TPA<br><br>Chapter 13<br><br>Related to Doc No. 47 |

**STIPULATED ORDER RESOLVING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

NOW this ___12th___ day of ___January___, 2022, in said District, upon agreement of the parties:

In an effort to resolve the pending Objection to Notice of Mortgage Payment Change ("Objection") at Document No. 47, the parties agree to stipulate to the entry of the below.

IT IS ORDERED, ADJUDGED AND DECREED that said Objection is hereby sustained. The Notice of Mortgage Payment Change ("NOMPC") filed by The Money Source, Inc. for Claim No. 11 on December 7, 2021 shall hereby stand. Additionally, the change in payment pursuant to the NOMPC shall be held in abeyance until the outcome of the pending loss mitigation under the Loss Mitigation Order at Doc No. 40. If the loss mitigation is not successful, the Debtors shall file an amended plan within thirty (30) days of the termination of loss mitigation providing for the new payment under the filed NOMPC. Said payment amount shall be retroactive to the filed change date of January 1, 2022.

_____
Honorable Thomas P. Agresti
U.S. Bankruptcy Court Judge

nms

| /s/ Keri P. Ebeck | /s/ Mark B. Peduto |
|---|---|
| Attorney for The Money Store | Attorney for Debtors |
| Keri P. Ebeck, Esquire | Mark B. Peduto, Esquire |
| PA I.D. #91298 | PA I.D. # 62923 |
| Bernstein-Burkley, P.C. | Calaiaro Valencik |
| 601 Grant Street, 9th Floor | 938 Penn Avenue, Suite 501 |
| Pittsburgh, PA  15219 | Pittsburgh, PA 15222 |
| 412-456-8112 | 412-232-0930 |
| kebeck@bernsteinlaw.com | mpeduto@c-vlaw.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21941-TPA |
| Jeffrey M. Dolmajer | Chapter 13 |
| Nicole S. Dolmajer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Jeffrey M. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Nicole S. Dolmajer mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: bsil     Page 2 of 2

Date Rcvd: Jan 12, 2022     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7