FILED
1/25/22 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEFFREY M. DOLMAJOR and | : | Case No. 21-21941 TPA |
| NICOLE S. DOLMAJOR | : | Chapter 13 |
| *Debtors* | : | |
| | : | Related to Document Nos. 36,40,55 |
| JEFFREY M. DOLMAJOR and | : | |
| NICOLE S. DOLMAJOR | : | |
| *Movants* | : | |
| v. | : | |
| THE MONEY SOURCE, INC. | : | |
| *Respondent* | : | Hearing: March 9, 2022 at 10:30 A.M. |

## ORDER SCHEDULING HEARING

On January 24, 2022, the Debtors filed a Loss Mitigation Status Report at Document No. 55 ("Status Report"), indicating the Debtors are not current with all adequate protection payments pursuant to the Loss Mitigation Order.

*AND NOW,* this ***25th*** day of ***January, 2022,*** it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtors, ***Jeffrey M. Dolmajor and Nicole S. Dolmajor,*** shall ***personally*** appear at a hearing scheduled for ***March 9, 2022 at 10:30 A.M.*** at which time the parties and/or their counsel shall appear via the ***Zoom Video Conference Application*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective November 21, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.  To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time:  https://www.zoomgov.com/j/16021303488, or alternatively, you

may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection

contact Judge Agresti's Chambers, at 814-464-9760.


Thomas P. Agresti, Judge    **nms**
United States Bankruptcy Court


Case Administrator to serve:
      Debtor(s)
      Counsel for Debtor(s)
      Ronda Winnecour, Esq., Ch. 13 Trustee
      Keri Ebeck, Counsel for Lender

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 21-21941-TPA

Jeffrey M. Dolmajer                                                                        Chapter 13

Nicole S. Dolmajer

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                            Page 1 of 2

Date Rcvd: Jan 26, 2022                     Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

**Recip ID**                          **Recipient Name and Address**
db/jdb                          +  Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

**Name**                                **Email Address**

Keri P. Ebeck
                        on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                        on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com

Mark B. Peduto
                        on behalf of Debtor Jeffrey M. Dolmajer mpeduto@c-vlaw.com
                        jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
                        on behalf of Joint Debtor Nicole S. Dolmajer mpeduto@c-vlaw.com
                        jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jan 26, 2022                  Form ID: pdf900                             Total Noticed: 1

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

S. James Wallace
           on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
           PNGbankruptcy@peoples-gas.com

TOTAL: 7