FILED
3/10/22 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-21941-TPA |
| | : | | |
| Jeffrey M. Dolmajer | : | Chapter: | 13 |
| Nicole S. Dolmajer | : | | |
|    *Debtor(s).* | : | | |
| | : | Date: | 3/9/2022 |
| | : | Time: | 10:30 |

**PROCEEDING MEMO**

<u>MATTER</u>     #55 Loss Mitigation Status Report
        *(Debtors to personally appear)*

<u>APPEARANCES</u>:
    Debtor: Mark B. Peduto + Mr. Dolmajer
    Trustee: Ronda J. Winnecour
    Money Source: Denise Carlon

<u>NOTES</u>:

Peduto:     Debtor lost prior job but is now working as a truck driver. A payment was made 3/4, TFS is being made every 2 weeks. In June he hopes to

Carlon:     Agree to extension of loss mitigation

Winnecour:  Agree to extension

<u>OUTCOME</u>:     LMP is extended for 90 days. Text Order to be issued

*[signature]*
asg