# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No.** 21-21941-TPA |
| Jeffrey M. Dolmajer and ) | |
| Nicole S. Dolmajer a/k/a ) | **Chapter** 13 |
| Nicole Jonczak-Dolmajer, ) | |
|       **Debtors,** ) | **Related Document No.** 66 |
| Jeffrey M. Dolmajer and ) | |
| Nicole S. Dolmajer a/k/a ) | **Hearing Date:** 06/29/22 @ 10:00 a.m. |
| Nicole Jonczak-Dolmajer, ) | |
| **Movants,** ) | **Response Due:** 06/03/22 |
|       **v.** ) | |
| The Money Source, Inc., ) | |
| **Respondent.** ) | **Document No.** 67 |

### NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF Jeffrey M. Dolmajer and Nicole S. Dolmajer FOR Motion to Approve Loan Modification

TO THE RESPONDENT(S):

    ***You are hereby notified that the Movant seeks an order affecting your rights or property.***

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 3, 2022**, *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    ***You should take this Notice and the Motion to a lawyer at once.***

    ***A Zoom Video Conference Hearing*** will be held on **June 29, 2022, at 10:00 a.m.** before Judge Thomas P. Agresti via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-inCharge, at 814-464-9760. ***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Updated Notice of***

***Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

**Dated:** May 17, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 21-21941-TPA |
| Jeffrey M. Dolmajer and | ) |
| Nicole S. Dolmajer a/k/a | ) **Chapter** 13 |
| Nicole Jonczak-Dolmajer, | ) |
| **Debtors,** | ) **Related Document No.** 66 |
| Jeffrey M. Dolmajer and | ) |
| Nicole S. Dolmajer a/k/a | ) **Hearing Date:** 06/29/22 @ 10:00 a.m. |
| Nicole Jonczak-Dolmajer, | ) |
| **Movants,** | ) **Response Due:** 06/03/22 |
| v. | ) |
| The Money Source, Inc., | ) |
| **Respondent.** | ) **Document No.** 67 |

## CERTIFICATE OF SERVICE OF Notice of Zoom Hearing and Motion to Approve Loan Modification

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 17, 2022

**SERVICE BY E-MAIL**:
Mr. and Mrs. Jeffrey M. Dolmajer,1222 Davis Street, Natrona Heights, PA  15065

**SERVICE BY NEF**:
Keri P. Ebeck on behalf of Creditor The Money Source Inc.; kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
Brian Nicholas on behalf of Creditor The Money Source Inc.; bnicholas@kmllawgroup.com
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** May 17, 2022              /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**