FILED
6/7/22 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 21-21941-TPA |
| Jeffrey M. Dolmajer and | ) |
| Nicole S. Dolmajer a/k/a | ) **Chapter** 13 |
| Nicole Jonczak-Dolmajer, | ) |
| **Debtors,** | ) **Hearing Date:** 06/29/22 @ 10:00 a.m. |
| Jeffrey M. Dolmajer and | ) |
| Nicole S. Dolmajer a/k/a | ) **Response Due:** 06/03/22 |
| Nicole Jonczak-Dolmajer, | ) |
| **Movants,** | ) |
| v. | ) |
| The Money Source, Inc., | ) |
| **Respondent.** | ) **Document No.** 66 |

## ORDER OF COURT

**AND NOW**, this __7th__ day of _____June_____, 2022, on motion of the Debtors, it is hereby **ORDERED** that the Loan Modification Agreement between The Money Source, Inc. and the Debtors is approved with the following material terms:

A. **New Principal Balance**: The new principal balance now owed with respect to the Loan shall be $186,632.90 (the "New Principal Balance").

B. **Interest Rate**: The Debtors promise to pay the New Principal Balance plus interest. From the Effective Date of this Agreement, interest will be charged on the unpaid New Principal Balance at an annual rate equal to 5.20% for the life of Debtors' modified account.

C. **Down Payment**: There is no down payment required for this modification.

D. **New Monthly Payment**: The new **total** monthly payment amount will be $1,615.61. The itemized breakdown of the total monthly payment is as follows:
   i. Principal and Interest portion of payment = $1,030.59.
   ii. Tax and Insurance portion of payment = $585.02.

E. **Payment Term**: The first New Monthly Payment will be due on July 1, 2022, with all of the subsequent New Monthly Payments due on the first day of each month following this date and continuing until the maturity date on June 1, 2052.

Repayment of the principal sum of $44,031.76 is required immediately on June 1, 2052, or earlier. There is no pre-payment penalty.

**IT IS ORDERED** that all other terms of the Loan Modification Agreement are approved;

**IT IS ORDERED** that the executed Home Affordable Loan Modification Agreement is approved.

By the Court,

_____  jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21941-TPA
Jeffrey M. Dolmajer Chapter 13
Nicole S. Dolmajer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jun 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com

Keri P. Ebeck
     on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mark B. Peduto
     on behalf of Debtor Jeffrey M. Dolmajer mpeduto@c-vlaw.com
     jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mark B. Peduto
     on behalf of Joint Debtor Nicole S. Dolmajer mpeduto@c-vlaw.com
     jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7