IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| ) | |
| JEFFREY M. DOLMAJER and NICOLE S. ) | BANKRUPTCY CASE NO. 21-21941 |
| DOLMAJER, his wife ) | |
| Debtors ) | MOTION NO.  85 |
| PEOPLES GAS COMPANY LLC, F/K/A ) | CHAPTER 13 |
| PEOPLES TWP LLC ) | |
| Movant, ) | |
| vs. ) | |
| JEFFREY M. DOLMAJER and NICOLE S. ) | |
| DOLMAJER, his wife, and RONDA J. ) | |
| WINNECOUR, ESQUIRE, Trustee ) | |
| Respondents. ) | |

## ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, to-wit, this  25th  day of    January    , 2023, upon Motion of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC, service of the same upon Debtors and Debtors' Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED  that:

1. The Debtors have failed to pay their utility bills and/or security deposit to the Peoples Gas Company LLC, f/k/a Peoples TWP LLC as and when they became due post petition.  The Peoples Gas Company LLC, f/k/a Peoples TWP LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

2. The Court finds that continued utility service is necessary for an effective reorganization by the Debtors.  Therefore, the administrative claims of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtors are hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Gas Company LLC, f/k/a Peoples TWP LLC through the Trustee as part of the Chapter 13 Plan.  The budget payment as of the date of this Order is $118.00.  **The total amount to be included in the Plan, including budget and arrearages, is set forth in paragraph four (4) of this Order.**

3. In order to pay the combined administrative claims and ongoing budget of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC, the Plan payment must be increased. Distribution to Peoples Gas Company LLC, f/k/a Peoples TWP LLC must begin effective beginning in March of 2023.

4. To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $156.60 shall be distributed to the Movant, the Peoples Gas Company LLC, f/k/a Peoples TWP LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Gas Company LLC, f/k/a Peoples TWP LLC.

5. If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Gas Company LLC, f/k/a Peoples TWP LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee. Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

6. If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

7. Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Gas Company LLC, f/k/a Peoples TWP LLC as set forth in this Order within fifteen (15) days of the date of this Order. Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

8. The debtor's post petition account number is xxxxxxxx4079.

BY THE COURT:

_Carlota M. Böhm_, J.    dmk

FILED
1/25/23 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21941-CMB |
| Jeffrey M. Dolmajer | Chapter 13 |
| Nicole S. Dolmajer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | |
| | on behalf of Debtor Jeffrey M. Dolmajer apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Andrew Kevin Pratt | |
| | on behalf of Joint Debtor Nicole S. Dolmajer apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | |
| | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| David Z. Valencik | |
| | on behalf of Debtor Jeffrey M. Dolmajer dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
    on behalf of Joint Debtor Nicole S. Dolmajer dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10