**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
|    JEFFREY M. DOLMAJER | ) | Case No. 21-21941 CMB |
|    NICOLE S. DOLMAJER | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**  ☐ **Chapter 13 Plan dated:**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**  ☒ **Amended Chapter 13 dated:** **12-21-22**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is **$2400** effective **10/21**.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☒    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be **$2511**, beginning **3/23**. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

    ☐    B. The length of the Plan is changed to a total of at least ____ months. This

-1-

statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

☐     I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by

-2-

Trustee to pay in full during the Plan term:

☐   J.   The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

☒   K.   Additional Terms and Conditions:
**Peoples Gas paid per order entered 1-25-23 (Doc 88) as a priority admin claim.**

2. <u>**Deadlines**</u>. **The following deadlines are hereby established and apply to this case:**

   A.   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

   B.   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

   C.   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

   D.   **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

3.   <u>**Additional Provisions**</u>.   **The following additional provisions apply in this case:**

   A.   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

**G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

**H.** The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: __2/24/2023__

*Carlota M. Böhm* dmk
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk

FILED
2/24/23 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-4-

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 21-21941-CMB
Jeffrey M. Dolmajer      Chapter 13
Nicole S. Dolmajer
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Feb 24, 2023      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey M. Dolmajer, Nicole S. Dolmajer, 1222 Davis Street, Natrona Heights, PA 15065-1608 |
| 15407495 | + | AV Medical Imaging, c/o Radiology Bill, P.O. Box 786, Richmond, IN 47375-0786 |
| 15407491 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15407497 | + | CIS Financial Services, c/o Abigail Brunner, Esq., Phelan, Hallinan, Diamond & Jones, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 15407496 | + | Childrens Community Pediatrics, c/o Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15407501 | + | Harrison Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407502 | + | Highlands School District, c/o Keystone Collections, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407506 | + | Navient Solutions, Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15409179 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15407508 | + | Pam Yaconis, 911 Jefferson Avenue, Natrona Heights, PA 15065-2415 |
| 15407511 | + | Pendrick Capital Partners/Peritus, Portfolio, P.O. Box 141419, Irving, TX 75014-1419 |
| 15407512 | + | Penn State Hershey Medical Center, c/o Bureau of Account Management, 3607 Rosemont Ave., Camp Hill, PA 17011-6943 |
| 15407516 | + | Radiology Bill, P.O. Box 786, Richmond, IN 47375-0786 |
| 15409288 | + | Township of Harrison, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15407520 | + | US Acute Care, c/o AHN Emergency Group of Forbes, P.O. Box 14000, Belfast, ME 04915-4033 |
| 15407519 | + | Upper Allegheny Joint Sanitary Authority, P.O. Box 431, Tarentum, PA 15084-0431 |
| 15407521 | + | Waste Management, P.O. Box 13577, Philadelphia, PA 19101-3577 |
| 15407522 | + | Waste Management Company, 1001 Fannin Street, Attn: Bankruptcy, Houston, TX 77002-6717 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15407494 | + | Email/Text: g20956@att.com | Feb 25 2023 00:19:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 15407492 | + | Email/Text: amieg@stcol.com | Feb 25 2023 00:17:00 | Allegheny Valley Hospital, c/o State Collections Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 15407493 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15422997 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2023 00:20:15 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15407498 | + | Email/Text: documentfiling@lciinc.com | Feb 25 2023 00:17:00 | Comcast, P.O. Box 1931, Burlingame, CA |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 94011-1931 |
| 15422178 | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2023 00:18:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15407499 | + Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2023 00:18:00 | ECMC, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15407500 | + Email/Text: info@phoenixfinancialsvcs.com | Feb 25 2023 00:17:00 | EMP of Alle Kiski, c/o Phoenix Financial Services, P.O. Box 361450, Indianapolis, IN 46236-1450 |
| 15407503 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15410890 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15407504 | + Email/Text: bankruptcydepartment@tsico.com | Feb 25 2023 00:19:00 | Music Arts Center, c/o Transworld Systems, P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15410047 | Email/PDF: pa_dc_claims@navient.com | Feb 25 2023 00:20:16 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15407505 | + Email/PDF: pa_dc_claims@navient.com | Feb 25 2023 00:20:40 | Navient CFC, c/o Navient Solutions, LLC, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15407506 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:26 | Navient Solutions, Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15409179 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 25 2023 00:20:26 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15407507 | + Email/Text: bankruptcies@orangelake.com | Feb 25 2023 00:17:00 | Orange Lake Resorts, 8505 Irio Bronson, Memorial Highway, Kissimmee, FL 34747-8217 |
| 15407510 | Email/Text: perituspendrick@peritusservices.com | Feb 25 2023 00:18:00 | Pendrick Capital Partners II/, Peritus Portfolio, P.O. Box 141419, Irving, TX 75014 |
| 15407514 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:27 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15407509 | + Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:22 | PayPal, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15407512 | + Email/Text: Bankruptcy@BAMcollections.com | Feb 25 2023 00:18:00 | Penn State Hershey Medical Center, c/o Bureau of Account Management, 3607 Rosemont Ave., Camp Hill, PA 17011-6943 |
| 15410289 | + Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Bldg., 14th Floor, 437 Grant Stree, Pittsburgh, PA 15219-6002 |
| 15407513 | + Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15407515 | + Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group as agent for CF Medical, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15407517 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2023 00:19:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 15411242 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 25 2023 00:19:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15407778 | + Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15426461 | + Email/Text: BK@servicingdivision.com | Feb 25 2023 00:18:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 15407518 | + Email/Text: BK@servicingdivision.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| | | | Feb 25 2023 00:18:00 | The Money Source Inc., Attn: Customer Service, 500 South Broad, Suite 100A, Meriden, CT 06450-6755 |
|---|---|---|---|---|
| 15426493 | ^ | MEBN | | |
| | | | Feb 25 2023 00:11:58 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15407523 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Feb 25 2023 00:18:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Money Source Inc. |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15429713 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Joint Debtor Nicole S. Dolmajer apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Andrew Kevin Pratt | on behalf of Debtor Jeffrey M. Dolmajer apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Joint Debtor Nicole S. Dolmajer dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Jeffrey M. Dolmajer dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 47

Keri P. Ebeck
    on behalf of Creditor The Money Source Inc. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10