IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-21941-CMB |
| JEFFREY M. DOLMAJER AND NICOLE S. DOLMAJER | Chapter 13 |
| Debtors, | Doc. No. |
| ALLIED FIRST BANK, SB D/B/A SERVBANK | |
| Movant, | |
| v. | |
| JEFFREY M. DOLMAJER NICOLE S. DOLMAJER, and RONDA J. WINNECOUR, Trustee, Respondents. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE ON MOTION OF ALLIED FIRST BANK, SB D/B/A SERVBANK MOTION FOR RELIEF FROM STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Thursday, June 22, 2023**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

*A Zoom Video Conference Hearing* will be held on **Thursday, July 13, 2023, at 1:30 p.m.** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1602130488, or alternatively, you may use the following: Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers, at 412-644-4328.

*All attorneys and Parties may only appear by Zoom* and must comply with Judge Bohm's *Zoom Procedures* at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf

Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten (10) minutes are being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

                Respectfully submitted,

                BERNSTEIN-BURKLEY, P.C.

                By:/s/ Keri P. Ebeck
                Keri P. Ebeck, Esq.
                PA I.D. # 91298
                kebeck@bernsteinlaw.com
                601 Grant Street, 9th Floor
                Pittsburgh, PA 15219
                (412) 456-8112
                Fax: (412) 456-8135

                Counsel for Allied First Bank, SD d/b/a Servbank

Dated:  June 5, 2023