IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-21941-CMB |
| JEFFREY M. DOLMAJER AND NICOLE S. DOLMAJER | Chapter 13 |
| Debtors, | Doc. No. |
| ALLIED FIRST BANK, SB D/B/A SERVBANK | |
| Movant, | |
| v. | |
| JEFFREY M. DOLMAJER NICOLE S. DOLMAJER, and RONDA J. WINNECOUR, Trustee, Respondents. | |

## CERTIFICATE OF SERVICE OF THE AMENDED MOTION FOR RELIEF FROM STAY AND NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 5, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Jeffrey M. Dolmajer<br>Nicole S. Dolmajer<br>1222 Davis Street<br>Natrona Heights, PA 15065 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 |

SERVICE BY ELECTRONIC NOTIFICATION

| Andrew Kevin Pratt<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
|---|---|

          Respectfully submitted,

          BERNSTEIN-BURKLEY, P.C.

          By:/s/ Keri P. Ebeck
          Keri P. Ebeck, Esq.
          PA I.D. # 91298
          kebeck@bernsteinlaw.com
          601 Grant Street, 9th Floor
          Pittsburgh, PA 15219
          (412) 456-8112
          Fax: (412) 456-8135

          *Counsel for Allied First Bank, SD d/b/a Servbank*