# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21941-CMB |
| Jeffrey M. Dolmajer and | ) |
| Nicole S. Dolmajer, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) **Motion No.** 107 WO-1 |
| Jeffrey M. Dolmajer, | ) **Motion No.** __WO-2 |
| **Movants,** | ) |
| vs. | ) |
| Pittsburgh Water & Sewer Authority, | ) |
| **Respondent.** | ) **Document No.** |

### CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number and the Wage Attachment Order dated July 11, 2023

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 11, 2023.

**Service by First Class Mail**:
Pittsburgh Water & Sewer Authority, ATTN: Payroll, Penn Liberty Plaza I, 1200 Penn Avenue, Pittsburgh, PA 15222
Mr. and Mrs. Jeffrey Dolmajer, 1222 Davis Street, Natrona Heights, PA  15065

**Service by NEF**:
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** July 11, 2023        /s/ Andrew K. Pratt
**Andrew K. Pratt, Esquire**
**PA ID No. 328784**
**apratt@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 21-21941-CMB |
| Jeffrey M. Dolmajer and | ) |
| Nicole S. Dolmajer, | ) **Chapter** 13 |
| **Debtors.** | ) |

## NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **Pittsburgh Water & Sewer Authority**

Debtor's name:  **Jeffrey M. Dolmajer**

Debtor's nine digit social security number:  **xxx-xx-5703** (full number on Notification to Employer)

Debtor's address: **1222 Davis Street, Natrona Heights, PA  15065**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**NOTE: BECAUSE THIS NOTICE DISCLOSES THE DEBTOR'S FULL SOCIAL SECURITY NUMBER, IT IS TO BE MAILED TO THE EMPLOYER BUT SHALL NOT BE FILED WITH THE BANKRUPTCY COURT.**

**Dated:** July 11, 2023

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esquire**
**PA ID No. 328784**
**apratt@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**