# PROCEEDING MEMO

**Date: 09/14/2023 01:30 pm**

**In re:    Jeffrey M. Dolmajer**
**Nicole S. Dolmajer**

**Bankruptcy No. 21-21941-CMB**
**Chapter: 13**
**Doc. # 102**

**Appearances:  Andrew Pratt**
**Katz**
**Lara Martin**

**Nature of Proceeding: # 102 Continued Amended Motion for Relief from Stay by Allied First Bank, SB d/b/a Servbank**

**Additional Pleadings:  #105 Debtors' Response**

**Outcome: Hearing held. Motion granted. Modified order entered.**

Carlota Böhm
U.S. Bankruptcy Judge

FILED
9/15/23 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA