# PROCEEDING MEMO

**Date: 01/09/2024 01:30 pm**

**In re:   Jeffrey M. Dolmajer**
**Nicole S. Dolmajer**

**Bankruptcy No. 21-21941-CMB**
**Chapter: 13**
**Doc. # 129**

**Appearances:  Ronda Winnecour**
**Andrew Pratt, Esq.**
**Jeff Hunt**

**Nature of Proceeding: # 129 Contested Plan Hearing**

**Additional Pleadings: #120 Amended Plan dated Dec. 22, 2022**

**Outcome:  Hearing held. Case is dismissed without prejudice because the Chapter 13 Plan is not feasible.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
1/10/24 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA