**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY M. DOLMAJER<br>NICOLE S. DOLMAJER<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:21-21941<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/01/2021 and confirmed on 11/10/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,519.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,514.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,497.73 | |
|     Trustee Fee | 1,540.74 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,038.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5834 | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 6,132.29 | 6,132.29 | 0.00 | 6,132.29 |
|     Acct: 5834 | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 12,747.09 | 12,747.09 | 0.00 | 12,747.09 |
|     Acct: 5834 | | | | |
|   ALLIED FIRST BANK SB D/B/A SERVBANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5834 | | | | |
|   HARRISON TWP-REAL ESTATE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H163 | | | | |
|   HARRISON TWP-REAL ESTATE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H167 | | | | |
|   UPPER ALLEG JOINT SANITARY ATH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: H163 | | | | |
|   SANTANDER CONSUMER USA | 6,980.23 | 3,163.06 | 710.37 | 3,873.43 |
|     Acct: 2303 | | | | |
|   ORANGE LAKE CNTRY CLUB &RSRT | 9,500.00 | 5,929.08 | 1,076.58 | 7,005.66 |
|     Acct: 5703 | | | | |

| 21-21941 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 29,758.47 |
| **Priority** | | | | |
| ANDREW K PRATT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY M. DOLMAJER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY M. DOLMAJER | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 3,500.00 | 3,497.73 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK B PEDUTO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK B PEDUTO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HARRISON TOWNSHIP (EIT) | 447.31 | 0.00 | 0.00 | 0.00 |
| Acct: 5703 | | | | |
| HIGHLANDS SD (HARRISON) (EIT) | 447.33 | 0.00 | 0.00 | 0.00 |
| Acct: 5703 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,717.06 | 0.00 | 1,717.06 |
| Acct: 4079 | | | | |
| | | | | 1,717.06 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 14,464.57 | 0.00 | 0.00 | 0.00 |
| Acct: 2734 | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1115 | | | | |
| AV MEDICAL IMAGING INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4288 | | | | |
| CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 47.10 | 0.00 | 0.00 | 0.00 |
| Acct: 3499 | | | | |
| PHOENIX FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NAVIENT | 8,587.40 | 0.00 | 0.00 | 0.00 |
| Acct: 5703 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 26,816.43 | 0.00 | 0.00 | 0.00 |
| Acct: 5703 | | | | |
| PAM YACONIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 745.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2344 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 21-21941 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   BUREAU ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BUREAU ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,106.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 5479 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 818.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 2776 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 758.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 8188 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDI( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC HEALTH SERVICES | 296.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 3499 | | | | |
|   US ACUTE CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8188 | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 31,475.53 |
|---|---|---|

TOTAL CLAIMED
  PRIORITY              894.64
  SECURED            35,359.61
  UNSECURED          53.641.75

Date: 02/02/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com